UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>American Bioculture, Inc.<br><br><br>Debtor (s) | Chapter 7<br><br>Case Number  2:76-bk-01640 |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to  Price Waterhouse ,

in the amount of $ $1,173.43    and said check having not been cashed by said payee, the

Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to

the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money

to  Price Waterhouse                                                             .

I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.

(Signature required)

07/01/2010

The international partnership of PricewaterhouseCoopers is the largest accounting and business consultancy firm in the world. With approximately 140,000 employees in 150 countries in 1999, the company offers auditing services, tax and legal advice, financial advice, business process outsourcing, and management consulting services. The partnership was created in 1998 from the merger of two Big Six accounting firms: Price Waterhouse and Coopers & Lybrand.

I have been explicitly authorized to sign these documents for the partnership and to request payment to the worldwide partnership collection lock box, PricewaterhouseCoopers P.O. Box 748004, Los Angeles, CA 90074-8004.

                                       **PricewaterhouseCoopers**
                                            **Jim Casimir**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | |
|---|---|
| Employee Solutions, Inc. | **Case Number:** 2:01-bk-01993 |
| | **Chapter:** 7 |
| **Debtor(s)** | |

## NOTICE OF SERVICE

Notice is hereby given that on  June 26, 2010 , a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.**

by: _[signature]_
Signature Required